22 So.3d 827 (2009)
Bernadette BARTOLILLO, Appellant,
v.
CARNIVAL CORPORATION, d/b/a Carnival, Appellee.
No. 3D08-2196.
District Court of Appeal of Florida, Third District.
November 25, 2009.
*828 Sarnoff & Bayer, and Marc David Sarnoff, Coconut Grove, for appellant.
Mase Lara Eversole, and Curtis J. Mase, and Rachel S. Cohen, Miami, for appellee.
Before RAMIREZ, C.J., and SUAREZ, and SALTER, JJ.
PER CURIAM.
Affirmed. Leslie v. Carnival Corp., 22 So.3d 561 (Fla. 3d DCA 2008).